# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| MICHAEL SUTTON | CRIMINAL DOCKET NUMBER | 12-306 |
| | DATE OF INDICTMENT | |
| | STATUTE: | |

DATE ARRESTED: 12/18/12

## INITIAL APPEARANCE

| Before Magistrate | | LENIHAN | | EDDY | Date: 12/18/12 | Casette Tape # |
|---|---|---|---|---|---|---|
| | x | MITCHELL | | BAXTER | Time: 1:55 - 2:06 | Tape Index: |
| | | KELLY | | PESTO | | |

U. S. ATTORNEY    BARBARA SWARTZ

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read
   - [ ] Summarized
   - [x] Reading waived
   - [x] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read
   - [x] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [ ] Defendant represented by: _____
   - [ ] Defendant expects to retain: _____
   - [ ] Affidavit executed.
   - [ ] Not Qualified
   - [ ] Qualified
   - [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [x] CJA Panel Attorney    James Brink    appointed

5. BAIL    Recommended Bond: $50,000 UNSECURED
   - Bond Set at: _____
   - [ ] By Consent
   - [ ] Additional Conditions Imposed:
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued
   - [ ] Final Commitment issued
   - Bond Review Hearing Set For: _____
   - Detention Hearing Set For: _____

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT — held today
   Preliminary Exam/Rule 40/Arraignment set for: _____    Before Magistrate

ADDITIONAL COMMENTS:

# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| JOHN WRIGHT, JR | CRIMINAL DOCKET NUMBER | 12-306 |
| | DATE OF INDICTMENT | |
| | STATUTE: | |

DATE ARRESTED: 12/18/12

## INITIAL APPEARANCE

| Before Magistrate | [ ] LENIHAN [x] MITCHELL [ ] KELLY | [ ] EDDY [ ] BAXTER [ ] PESTO | Date: 12/18/12 Time: 1:55 - 2:06 | Casette Tape # Tape Index: |

U. S. ATTORNEY    BARBARA SWARTZ

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read
   - [ ] Summarized
   - [✓] Reading waived
   - [✓] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read
   - [✓] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [✓] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [ ] Defendant represented by: _____
   - [ ] Defendant expects to retain: _____
   - [✓] Affidavit executed.
   - [ ] Not Qualified
   - [✓] Qualified
   - [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [✓] CJA Panel Attorney   John Schwab   appointed

5. BAIL   Recommended Bond:   $50,000 UNSECURED
   - Bond Set at:
   - [ ] By Consent     [ ] Additional Conditions Imposed: _____
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued     [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For:

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   Preliminary Exam/Rule 40/Arraignment set for:  ✓ held today   Before Magistrate

ADDITIONAL COMMENTS:

# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| ZACHARY KING | CRIMINAL DOCKET NUMBER | 12-306 |
| | DATE OF INDICTMENT | |
| | STATUTE: | |

DATE ARRESTED: 12/18/12

## INITIAL APPEARANCE

| Before Magistrate | | LENIHAN | | EDDY | Date: 12/18/12 | Casette Tape # |
|---|---|---|---|---|---|---|
| | x | MITCHELL | | BAXTER | Time: 1:55 - 2:06 | Tape Index: |
| | | KELLY | | PESTO | | |

U.S. ATTORNEY   BARBARA SWARTZ

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read
   - [ ] Summarized
   - [✓] Reading waived
   - [✓] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read
   - [✓] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [✓] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [ ] Defendant represented by: _____
   - [ ] Defendant expects to retain: _____
   - [✓] Affidavit executed.
   - [ ] Not Qualified
   - [✓] Qualified
   - [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [✓] CJA Panel Attorney  Wm Schmalzreid  appointed

5. BAIL   Recommended Bond: $50,000 UNSECURED
   - Bond Set at:
   - [ ] By Consent          Additional Conditions Imposed: _____
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued     [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For:

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

   Preliminary Exam/Rule 40/Arraignment set for: _____   Before Magistrate _____

ADDITIONAL COMMENTS: held today