IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 12-306
)
MICHAEL SUTTON )
    a/k/a Silk )
JOHN WRIGHT, JR. )
ZACHARY KING )

ORDER

AND NOW, on this 8th day of ~~March~~ April, 2013, upon consideration of the Motion to Dismiss Indictment, it is hereby ORDERED that said motion is granted, and the Indictment filed at 12-306 is dismissed.

s/ Terrence F. McVerry
U.S. District Court Judge